

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00347-CV

| | | |
|---|---|---|
| In re H.F. | § | Original Proceeding |
| | § | From the 89th District Court |
| | § | of Wichita County (184,345-C) |
| | § | November 14, 2016 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered Relator Mother's Petition for Writ of Mandamus. We conditionally grant Relator Mother's Petition for Writ of Mandamus. We are confident that the trial court will vacate its order denying Mother's motion to strike Grandmother's petition in intervention signed August 30, 2016. Writ will issue only if the trial court fails to do so.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel